FILED
IN THE COURT OF APPEAL
AT SAN ANTONIO, TEXAS

2017 OCT 30 PM 4:51

Keith E. Hottle
KEITH E. HOTTLE, CLERK

John W. DeVilbiss
Appellant
11765 West Ave.
PMB #102
San Antonio, TX
78216
DATE: Oct. 30, 2017

To the 4th Court of
Appeals, Texas

This letter is to explain why Appellant's Reply Brief is not ready to file today. I was counting 20 days from the date when Appellee's Brief was completed (Oct. 13, 2017) with the addition of its certificate of compliance. Also, Appellee's Brief was not posted on the COA4 web page until 5 days ago, and to date, the certificate of compliance is not part of the posting.

Since 20 days from the completion of the Appellee's Brief would be Nov. 1, 2017, do I need to file a motion for time extension? I could not proof the Appellant's Reply Brief and produce its certificate of compliance by today. Please advise. Telephone 210/986-1240.

John W. DeVilbiss